IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN NETTLES, JR.,

    Plaintiff,　　　　　　　　　　　　No. CIV-S-08-0911 JAM EFB PS

    vs.

SACRAMENTO COUNTY MAIN JAIL,　　　　ORDER
UC DAVIS MEDICAL CENTER,
SACRAMENTO COUNTY POLICE
DEPARTMENT, TERA NOVA
COUNSELING AGENCY,
NEW MILLENNIUM FOSTER AGENCY,
THE SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, AND THE
PROBATION CENTER ON FLORIN
PERKINS ROAD,[1]

    Defendants.　　　　　　　　　　　　ORDER
_____/

    On August 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

    Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

---

[1] The spelling of these defendants' names has been corrected.

1

reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1.  The proposed Findings and Recommendations filed August 6, 2008, are ADOPTED; and

2. This action is dismissed without prejudice and the Clerk is directed to close this case.  <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 11-110.

DATED: October 14, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE